BRONK, Respondent, v. BINGHAMTON R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Jerden Bronk against the Binghamton Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., dissents.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) In the matter of the application of the Brooklyn Bar Association to punish Horace Graves, an attorney. No opinion. Referee's report confirmed, and respondent suspended from practice as an attorney and counsellor at law for a period of five years.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of the Brooklyn Bar Association to punish 'Benjamin F. Chadsey, an attorney. No opinion. Ordered that he be removed from the office of attorney and counsellor at law, and his name stricken from the roll.

BUELLESBACH et al. v. HENDERSON. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Joseph Buellesbach and others against William Henderson. No opinion. Motion to dismiss denied, on payment of $10 costs.

BUELLESBACH et al. v. HENDERSON. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Joseph Buellesbach and others against William Henderson. No opinion. Motion to open default granted, on payment of $10 costs.

BUFFUM v. AVERY. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Vivian A. Buffum against Willard J. Avery. No opinion. Motion granted so far as to dismiss appeal, with $10 costs.

BURKE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Thomas F. Burke, as administrator, against the New York Central & Hudson River Railroad Company. C. C. Ferris, for appellant. R. A. Kutschbock, for respondent.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, P. J., and LAUGHLIN, J., dissent.

BUNKE, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1906.) Action by Ratje Bunke against the New York Telephone Company. No opinion. Motion granted. Order filed.

BURROUGHS, Respondent, v. REMINGTON MARTIN CO., Appellant. (Supreme Court, Appellate Division, Third Department.

December 5, 1905.) Action by Carlos W. Burroughs against the Remington Martin Company. No opinion. Judgment unanimously affirmed, with costs.

BUSCH v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Emanuel A. Busch against the Interborough Rapid Transit Company. No opinion. Motion granted. Order filed.

BYRON, Respondent, v. BERSHATSKY. Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Max Byron, as administrator, etc., of Abram Byron, deceased, against Michael Bershatsky. No opinion. Judgment and order unanimously affirmed, with costs.

BYRON, Respondent, v. GINGOLD, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Curtiss P. Byron against Isaac Gingold. No opinion. We think the plaintiff assumed the hazard of obtaining a loan upon terms satisfactory to defendant. He fails to show that he did this. The judgment of the Municipal Court must therefore be reversed, and a new trial ordered, costs to abide the event.

CAHILL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Thomas Cahill, as administrator, etc., against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment modified by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

CALLAHAN, Appellant, v. GODWIN, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Cornelius Callahan against Emily Godwin, as administratrix. B. F. Carpenter, for appellant. H. M. Hitchings, for respondent. No opinion. Judgment affirmed, with costs.

CALLAHAN, Respondent, v. SHAW, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William Callahan against Samuel Shaw.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for the error in the exclusion of the evidence on pages 8 and 9 of the stenographer's minutes, designed to prove that the plaintiff was employed under an agreement for compensation by the other prospective contracting party.

CAMERON et al. v. WHITE et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Alexander Cameron and Frank Harvey Field